UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                                    Case No. 9:10−bk−17269−ALP
                                                                         Chapter 13

Adil Lagmiri
2502 Aviation Pkwy
Cape Coral, FL 33904


Lisa Rae Lagmiri
aka Lisa Lagmiri
2502 Aviation Pkwy
Cape Coral, FL 33904


_____Debtor*_____/

ORDER DIRECTING RESPONSE
TO MOTION TO VALUE COLLATERAL
(Doc. No. 26)

    THIS CASE came on, ex parte, to consider the entry of an appropriate order. The Court, having considered the record, finds that the Debtor, pursuant to Section 506 of the Bankruptcy Code, filed a Motion to Value Collateral concerning property held as security for an indebtedness by GTE Federal Credit Union , namely, 2004 GMC Savannah Cargo Van, Vin 1GTGG25VX41222278 . Since the motion represents a contested matter, pursuant to Fed. R. Bankr. P. 9014, it is appropriate to direct the respondent named in the motion to file a written response within twenty−one (21) days from the date of entry of this Order. Accordingly, it is

    **ORDERED**:

    1.    That the respondent named in the motion is directed to file a written response to the Motion within twenty−one (21) days from the date of entry of this Order.

    2.    That in the event the respondent fails to timely file a written response, the Court will consider the motion on an ex parte basis upon submission of an appropriate order by counsel for the movant without further notice.

    3.    If not already submitted at the time the Motion was filed, within twenty−one (21) days from the date of entry of this Order, the Movant shall submit a proposed order.

    4.    Failure to timely submit a proposed order will result in the Motion being denied, even if a response, as required in paragraph 1, is not filed.

    **DONE** and **ORDERED** in Chambers at Tampa, Florida on December 20, 2010
.

_____
David H. Adams
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.